# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:05-cr-00028-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CHRISTOPHER LOWELL SIMPSON.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Request for Reconsideration" [Doc. 33].

Upon review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. The Defendant seeks to attack the computation and execution of his sentence, and thus, his claim must be filed as § 2241 action in the district of confinement. [See Doc. 32]. Accordingly, the Defendant's motion for reconsideration will be denied.

To the extent that the Defendant requests a copy of his sentencing transcript at the Government's expense, however, the denial of this motion will be without prejudice to renewal in the event that the Defendant files an appropriate § 2241 action in the district of confinement.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Request for Reconsideration" [Doc. 33] is **DENIED**. To the extent that the

Defendant requests a copy of his sentencing transcript at the Government's expense, this denial is **WITHOUT PREJUDICE** to renewal of such request in the event that the Defendant files an appropriate § 2241 action in the district of confinement.

>**IT IS SO ORDERED**.

Signed: May 20, 2014

Martin Reidinger
United States District Judge